DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

17 MARCH 2016

| 514P13-4 | State v. Raymond Dakim Harris Joiner | Def's *Pro Se* Motion for Order for Dismissal | Dismissed |
|---|---|---|---|
| 606A05-3 | State v. Eric Glenn Lane | 1. Def's Motion for Temporary Stay | 1. Allowed |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Allowed |